IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

ELECTRONICALLY
FILED
May 03 2016
U.S. DISTRICT COURT
Northern District of WV

LATHAM POOL PRODUCTS, INC.,
d/b/a Viking Pools,

        Plaintiff,                    CIVIL ACTION NO: 2:16-CV-35 (Bailey)

vs.

BRINKMANN FIBERGLASS POOLS, LLC,
and VICKY BRINKMANN,

        Defendants.

## NOTICE OF REMOVAL

Defendants, by and through counsel, pursuant to 28 U.S.C. §§1332, 1441, and 1446(b) and (c), file this Notice of Removal to the United States District Court for the Northern District of West Virginia, and for grounds of this Notice of Removal state:

### I. NATURE OF REMOVED ACTION

1.      This action, filed and now pending in the Circuit Court of Lewis County, West Virginia, 16-C-26, is an action by Plaintiff to recover damages pursuant to contract, and is one of two cases filed by the same Plaintiff which essentially addresses the same issues, dividing the amounts due. The amounts even as claimed are not clear by the attachments to the Complaints, as exhibit totals and text amounts are inconsistent. In addition, at least one of the invoices (TX01120791) attached to 16-C-26 seems to show on its face a sale to the Defendant in 16-C-25. The Defendants are husband and wife and

their companies. Companion removal papers for the second case, Lewis County Civil Action 16-C-25 are being filed. **Exhibits A and B.**

## II. TIMELINESS OF REMOVAL

2. Removal in this matter is timely. Plaintiff filed its Complaints (both Complaints) on April 1, 2016. The West Virginia Secretary of State service date of the Summons and Complaint on behalf of Defendants show on and about April 6 (16-C-26) and 7 (16-C-25), 2016. True and correct copies of the Summons and Complaint served upon Defendants in the state court action are attached hereto as **Exhibit A and B.** Secretary of State papers are attached as **Exhibit C.**

3. As required by 28 U.S.C. §1446(b), the Notice of Removal is filed in this Court within thirty (30) days after receipt by Defendants of a copy of Plaintiff's Complaint in this action. Defendants filed Notices of Bona Fide Defenses and have answered the Complaints both in the same fashions, same defenses. **Exhibit D.**

## III. VENUE IN LEWIS COUNTY, WEST VIRGINIA

4. Plaintiff's assertions of venue are not clear from the Complaint except assumed allegations pursuant to Exhibit C to the Complaints shows Jane Lew, Lewis County, West Virginia. **See Exhibits A and B.** Lewis County, West Virginia, is within the Northern District of West Virginia, specifically the Elkins Division. Venue in this case is alleged apparently pursuant to 28 U.S.C. §1391(b) and (c) because the events giving rise to Plaintiff's claims are apparently alleged to have occurred in and because Plaintiff as constituted is deemed to reside in Lewis County, West Virginia. **See Exhibits A and B.**

## IV. BASIS OF REMOVAL

5. The United States District Court for the Northern District of West Virginia has jurisdiction over this case on the basis of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6. According to Plaintiff's Complaint in each case, Plaintiff is a Delaware organization authorized to conduct business in West Virginia, and further it is the alleged successor in interest to Viking Pools, LLC. See **Exhibit A and B, Complaint, at paragraph 1.**

7. Defendant Vicky Brinkmann is an individual residing in Wisconsin, as alleged in the Complaint. See **Exhibit B, Complaint, at paragraph 3.**

8. Defendant Brinkmann Fiberglass Pools, LLC, at pertinent times was a Wisconsin limited liability corporation with its principal place of business in Oconomowoc, Wisconsin, as alleged in the Complaint. See **Exhibit B, Complaint, at paragraph 4.** See also **Exhibit A.**

9. There are no non-diverse defendants.

10. Pursuant to 28 U.S.C. §1446(c)(2)(B), and although Defendants dispute the merits of Plaintiffs' claimed entitlement to any relief, the Complaint, this Notice of Removal, and consideration of the separately filed case in Lewis County, West Virginia, Civil Action No. 16-C-25, establish by a preponderance of evidence that the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs. **See Exhibits A and B.**

11. On the face of the Complaint Plaintiff seeks relief for alleged breach of contract(s) in the amount of forty thousand five hundred ninety-four dollars and forty-two cents ($40,594.42) plus interest and attorneys' fees, in Lewis County Civil Action 16-C-25 and one hundred twenty-three thousand forty-eight dollars and ninety cents ($123,048.90) in Lewis County Civil Action 16-C-26. See **Exhibits A and B at wherefore paragraph/prayer for relief.** Only with the companion Complaint and accompanying documents, is the duplicate, *even as claimed*, understood. The appended invoice documents do not match the allegations of the Complaints, and the true relief sought in these matters is avoided by the Plaintiff by separation and confusion.

12. Defendants note that, as the first of the exhibits, Plaintiff in the Complaint has included a "VIKING POOLS DEALERSHIP AGREEMENT". This document includes an item 12. which states: "The parties agree that the appropriate jurisdiction for the enforcement of all terms of this agreement will be enforced by the Courts and laws of the State of West Virginia." The federal court to which removal is sought, being of and in West Virginia, applies though Plaintiff in the various attempts to avoid removal and to promote a forum it choses, will likely claim what otherwise was intended. Defendants have counterclaimed and have raised, *inter alia*, numerous defenses to the Complaint including that the contract is one of adhesion. See **Exhibits A, B, and D.**

13. Defendants have complied with all provisions of 28 U.S.C. §1446 governing the process for removal.

14. Plaintiff is aware that to any extent that this matter may survive, consolidation under Rule 42 will be appropriate due to the common and largely the same facts and law, and joinder per Rules 19 and/or 20 and/or 21 is an issue.

15. Therefore, the Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a), and the state court action is properly removable as is the companion litigation, and consolidation will be sought forthwith at which time the forum selection and the effort by Plaintiff to defeat removal by the division of the cases can be clarified and corrected.

16. After filing this Notice of Removal, Defendants will promptly provide written notice of the filing to Plaintiff and to the Clerk of the Circuit Court of Lewis County, West Virginia, where the state court action is pending. This will transpire for both of the companion cases, as they should have been filed as one case.

### V. STATEMENT OF CONSENT TO REMOVAL

17. All Defendants are represented by common counsel, the undersigned, who represent that all parties in the litigation consent. **See Exhibits A, B and D.**

WHEREFORE, Defendants remove to this Court the action now pending in the Circuit Court of Lewis County, West Virginia, as Civil Action 16-C-26, and pray that the Honorable Court accepts jurisdiction of said action as well as the companion related case of Lewis County, West Virginia, Civil Action 16-C-25.

Respectfully submitted May 3, 2016.

**BRINKMANN FIBERGLASS POOLS, LLC, and VICKY BRINKMANN,**

                                                Defendants

                                    By: /s/ Sandra M. Chapman
                                          Counsel for Defendants

Patrick S. Casey (W. Va. Bar No. 668)
Sandra M. Chapman (W. Va. Bar No. 701)
CASEY & CHAPMAN, PLLC
1140 Chapline Street
Wheeling, WV 26003
(304) 231-2405
(866) 296-2591 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the NOTICE OF REMOVAL was filed electronically with the Clerk of the Court May 3, 2016, to be served by operation of the Court's electronic filing system upon Jeffrey A. Kimble, on May 3, 2016, and which I have served also by U.S. Mail, first class postage pre-paid on May 3, 2016.

>Jeffrey A. Kimble, Esq.
>ROBINSON & McELWEE, PLLC,
>P.O. Box 128
>140 West Main Street, Suite 300
>Clarksburg, WV 26302-0128

**BRINKMANN FIBERGLASS POOLS, LLC, and VICKY BRINKMANN,**
Defendants

By: _____
Counsel for Defendants

Patrick S. Casey (W. Va. Bar No. 668)
Sandra M. Chapman (W. Va. Bar No. 701)
CASEY & CHAPMAN, PLLC
1140 Chapline Street
Wheeling, WV 26003
(304) 231-2405
(866) 296-2591 (fax)